☒ FILED ☐ LODGED

**May 18 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.:<br>MT-26-0009<br><br>26-1288MB | Date and Time Warrant Executed:<br><br>Executed on April 16, 2026, at approximately 11:53 a.m.<br><br>Finished on April 29, 2026, at approximately 12:19 p.m. | Copy of warrant and inventory left with:<br><br>SA Curtis and BPA-I Luna |
|---|---|---|

Extraction and Download of Exhibits N-1 and N-3

On April 29, 2026, at approximately 12:19 p.m., the extraction and download of Exhibits N-1 and N-3 (Two Cellphones & an External SIM Chip) was completed by the United States Border Patrol.

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: __05-18-2026____

FRANKLIN CURTIS    Digitally signed by FRANKLIN CURTIS
Date: 2026.05.18 10:05:55 -07'00'

*Executing officer's signature*

Franklin Curtis Drug Enforcement Administration Special Agent

*Printed name and title*